# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

**CACI R. CLIZER**,
[DOB: 01/04/1989]

           Defendant.

Case No. _____

**COUNT ONE**
*Conspiracy to Distribute Meth Actual*
21 U.S.C.§§ 841(a)(1), (b)(1)(A) and 846
NLT 10 Years, NMT Life Imprisonment
NMT $10,000,000 Fine
NLT 5 Years Supervised Release
Class A Felony

**COUNT TWO**
*Possession With the Intent to Distribute Meth Actual*
21 U.S.C. §§ 841(a)(1) and (b)(1)(A)
NLT 10 Years Imprisonment
NMT Life Imprisonment
NMT $10,000,000 Fine
NLT 5 Years Supervised Release
Class A Felony

**COUNT THREE**
*Possessing Firearms in Furtherance of a Drug Trafficking Offense*
18 U.S.C. § 924(c)(1)(A)(i)
NLT 5 Years (Consecutive)
NMT $250,000.00 Fine
NMT 3 Years Supervised Release
Class A Felony

**COUNT FOUR**
*Felon in Possession of Firearms*
18 U.S.C. §§ 922(g)(1) and 924(a)(2)
NMT 10 Years Imprisonment
NMT $250,000 Fine
NMT 3 Years Supervised Release
Class C Felony

$100 Mandatory Special Assessment Each Count

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

That between March 27, 2015, and the date of this Indictment, said dates being approximate, in the Western District of Missouri and elsewhere, **CACI R. CLIZER**, defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with others, both known and unknown to the Grand Jury, to distribute: methamphetamine ("actual"), a Schedule II controlled substance, in an amount of 50 or more grams, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and 846.

## COUNT TWO

On or about July 29, 2015, in the Western District of Missouri, **CACI R. CLIZER**, defendant herein, did knowingly and intentionally possess with intent to distribute 50 or more grams or more of methamphetamine ("actual"), a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT THREE

On or about July 29, 2015, in the Western District of Missouri, **CACI R. CLIZER**, defendant herein, who in furtherance of a drug-trafficking crime, to wit: possession with the intent to distribute 50 grams or more of methamphetamine ("actual"), as alleged in Count Two, did knowingly and intentionally possess firearms, to wit: a Glock, Model 26, 9mm semi-automatic handgun, bearing Serial number RYX317; a Bersa, Model Firestorm, .380 caliber, semi-automatic handgun, bearing Serial number 819640; and a Springfield Inc., Model XD-9, 9mm, semi-automatic handgun, bearing Serial number MG933966, contrary to the provisions of Title 18, United States Code, Sections 924(c)(1)(A)(i).

2

## COUNT FOUR

On or about July 29, 2015, in the Western District of Missouri, **CACI R. CLIZER**, defendant herein, having been convicted of crimes punishable by imprisonment for terms exceeding one year, did knowingly possess in and affecting commerce, firearms, to wit: a Glock, Model 26, 9mm semi-automatic handgun, bearing Serial number RYX317; a Bersa, Model Firestorm, .380 caliber, semi-automatic handgun, bearing Serial number 819640; and a Springfield Inc., Model XD-9, 9mm, semi-automatic handgun, bearing Serial number MG933966, which had been transported in interstate commerce.

All contrary to Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

All in accordance with Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.


11/14/18
DATE

/s/ Jennifer Kolarik
FOREPERSON OF THE GRAND JURY


/s/ Stefan C. Hughes
Stefan C. Hughes
Assistant United States Attorney
Western District of Missouri

3