IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18-00328-01-CR-W-HFS |
| | ) | |
| CACI R. CLIZER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On September 25, 2019, a show cause hearing was held before the undersigned regarding violation reports dated September 3, 2019, and September 25, 2019. (Docs. 19, 22). Defendant Caci R. Clizer and her counsel, John O'Connor, appeared in person. Assistant United States Attorney Stefan Hughes appeared in person on behalf of the Government. The parties stipulated to the Pretrial Services violation reports. No additional evidence was submitted by either party.

Based on the information contained in the violation reports, this Court finds that: (1) there is probable cause to believe that defendant Clizer committed a Federal, State, or local crime while on release in violation of condition 1 of her conditions of release; and (2) clear and convincing evidence supports that defendant Clizer also violated conditions 7(k), 7(m) and 7(t) of her conditions of release. See 18 U.S.C. 3148(b).

Accordingly, this Court finds that the actions of defendant Clizer show that she is unlikely to further abide by a condition of combination of conditions of release. Moreover, defendant Clizer's continued engagement in criminal conduct, association with individuals that are either felons or engaging in criminal conduct, loaded firearm at her residence, as well as her possession of illicit drugs establishes by clear and convincing evidence that there are no conditions or combination of conditions of release that will assure that defendant Clizer will not pose a danger to the safety of any other person or the community if released. See 18 U.S.C. § 3148(b).

IT IS, THEREFORE, ORDERED that defendant Caci R. Clizer's bond is revoked pursuant to 18 U.S.C. § 3148, for violations of her conditions of release. It is further

ORDERED that defendant Caci R. Clizer is detained pursuant to 18 U.S.C. 3142. It is further

ORDERED that, pursuant to pursuant to 18 U.S.C. § 3142(i), Caci R. Clizer is committed to the custody of the Attorney General for confinement in a pretrial detention facility. The defendant must be afforded reasonable opportunity to consult privately with defense counsel. On Order of this Court or on request of an attorney for the Government, the person in charge of the pre-trial detention facility must deliver the defendant to the United States Marshal for all court appearances.

Dated this 25th day of September, 2019, at Kansas City, Missouri.

/s/ *Matt J. Whitworth*
MATT J. WHITWORTH
United States Magistrate Judge