# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-00328-CR-W-HFS-1 |
| ) | |
| CACI R. CLIZER, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant appeared before me pursuant to Fed. R. Crim. P. 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636, and has entered a plea of guilty to Counts One (lesser included offense) and Three of the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Fed. R. Crim. P. 11, I determined that the guilty plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. A record was made of the proceedings and a transcript was ordered and will be available. I, therefore, recommend that the plea of guilty to Counts One (lesser included offense) and Three be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.

                                                                           /s/ *Jill A. Morris*
                                                                            JILL A. MORRIS
                                                     UNITED STATES MAGISTRATE JUDGE