IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA    )
    )
Plaintiff,    )
    )
    v.    )    Case No. 18-00328-CR-W-HFS
CACI R. CLIZER    )
    )
    )
    )
Defendant.    )

**ORDER**

At a Change of Plea Hearing held on October 16, 2020, before Magistrate

Judge Jill A. Morris, defendant entered a guilty plea to Counts One (lesser

included offense) and Three of the Indictment.

In a Report and Recommendation dated November 27, 2020 (Doc. 55),

Judge Morris determined that the guilty plea was knowledgeable and voluntary

and that the offenses were supported by an independent basis in fact containing

each essential element of the offenses.

After review of the hearing record (and in the absence of objections) I

ADOPT the Report and Recommendation (Doc. 55) and ACCEPT defendant's guilty

plea and direct the Clerk to enter it. A Presentence Investigation Report shall be

filed within 120 days.

s/ HOWARD F. SACHS
HOWARD F. SACHS
United States District Judge

Dated: December 7, 2020
Kansas City, Missouri